FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✗
Send ✗
Enter ✗
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODRIGO RANGEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.S. EVANS, Warden,<br><br>　　　　Respondent. | No. CV 07-434-GPS (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/8/08

　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　HONORABLE GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE